522 A.2d 47

**FORD MOTOR CREDIT COMPANY**

v.

**Dominic A. MEFFE, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Decided March 23, 1987.

Charles E. Bobinis, Bernstein & Bernstein, P.C., Pittsburgh, for appellant.

Thomas E. Reilly, Davis & Reilly, P.C., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

LARSEN and FLAHERTY, JJ., dissent.